UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD SEPULVEDA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SANDRA GARCIA, et al.,<br><br>　　　　Defendants. | No. 2:23-cv-02177-DC-JDP<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND GRANTING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT<br><br>(Doc. Nos. 10, 12) |

On October 2, 2023, plaintiff Richard Sepulveda filed this civil action alleging violations of the Americans with Disabilities Act ("ADA") and California's civil rights statutes, including the Unruh Act, against Defendants Sandra Garcia, Ernesto Artiaga, and Gabriela Artiaga (collectively, "Defendants"). (Doc. No. 1.) The Clerk of the Court entered default as to all Defendants because they were served with the summons and complaint, and none of them filed an answer, responsive pleading, or otherwise appeared in this action. (Doc. No. 7.) On April 23, 2024, Plaintiff filed the pending motion for default judgment on his ADA and Unruh Act claims. (Doc. No. 10.) This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636 and Local Rule 302.

On October 9, 2024, the assigned magistrate judge issued findings and recommendations recommending that Plaintiff's motion for default judgment be granted. (Doc. No. 12.) Specifically, the magistrate judge recommended that: (i) default judgment be entered against

1 | Defendants on Plaintiff's ADA and Unruh Act claims; (ii) Plaintiff's remaining claims be
2 | dismissed without prejudice consistent with Plaintiff's request for dismissal of those claims; (iii)
3 | Plaintiff be granted an injunction requiring Defendants to provide an accessible bathroom, dining
4 | area, and path of travel from the public sidewalk and parking area to Defendants' business's main
5 | entrance; and (iv) Plaintiff be awarded attorneys' fees and costs in the amount of $3,274.50. (Doc.
6 | No. 12 at 6.) In addition, although the last page of the findings and recommendations do not
7 | include an explicit recommendation that Plaintiff be awarded statutory damages, the analysis in
8 | the findings and recommendations conclude that Plaintiff is entitled to $8,000 in statutory
9 | damages under the Unruh Act. (Doc. No. 12 at 5.)

10 |     The findings and recommendations provided that any objections thereto were to be filed
11 | within fourteen (14) days.  (*Id.* at 6.)  To date, no objections have been filed and the time for
12 | doing so has now passed.

13 |     In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the court conducted a *de*
14 | *novo* review of the case.  Having carefully reviewed the file, the court concludes that the findings
15 | and recommendations are supported by the record and proper analysis.

16 |     Accordingly:

17 |     1.    The findings and recommendations issued on October 9, 2024 (Doc. No. 12) are
18 |         adopted in full;

19 |     2.    Plaintiff's motion for default judgment against Defendants on Plaintiff's ADA and
20 |         Unruh Act claims (Doc. No. 10) is granted;

21 |     3.    Plaintiffs' remaining claims are dismissed without prejudice;

22 |     4.    Default judgment is entered in favor of Plaintiff and against Defendants in the
23 |         amount of $11,274.50 (comprising $8,000 in statutory damages and $3,274.50 in
24 |         attorneys' fees and costs);

25 |     5.    Defendants shall make changes and accommodations at the subject property at 110
26 |         South 3rd Steet in Patterson, California (a business named Ernie's Taqueria), in
27 |         compliance with the Americans with Disabilities Act Accessibility Guidelines, to
28 |         provide an accessible bathroom, dining area, and path of travel from the public

sidewalk and parking area to the business's main entrance, by no later than six months from the date of this order; and

6. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: __**November 13, 2024**__  _____
Dena Coggins
United States District Judge

3